UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

BILL OF INFORMATION FOR THEFT OF
FEDERAL FUNDS, AND FORFEITURE ALLEGATION

| UNITED STATES OF AMERICA | : | CRIMINAL NO. 16-66-JWD-EWD |
|---|---|---|
| versus | : | 18 U.S.C. § 641 |
| | : | 18 U.S.C. § 981(a)(1)(C) |
| ERIC TATE JACKSON | : | 28 U.S.C. § 2461(c) |

**THE UNITED STATES CHARGES:**

1. Beginning on or about August 1, 2012, and continuing to on or about October 31, 2014, in the Middle District of Louisiana, **ERIC TATE JACKSON**, the defendant herein, without authority, knowingly did steal and purloin money of the Social Security Administration, an agency of the United States, namely, approximately $38,440.00 worth of Supplemental Security Income payments made to him to which he knew he was not entitled, having a value of more than $1,000.

The above is a violation of Title 18, United States Code, Section 641.

**FORFEITURE ALLEGATION**

2. Upon conviction of the offense charged in this Bill of Information, the defendant herein, **ERIC TATE JACKSON**, shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C), and 28 U.S.C. § 2461(c), any property, real and personal, that constitutes or is derived from proceeds traceable to the violation.

3. If any of the above described forfeitable property, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described above.

June 23, 2016
DATE

UNITED STATES OF AMERICA, by

for J. WALTER GREEN
UNITED STATES ATTORNEY

FREDERICK A. MENNER, JR.
ASSISTANT U.S. ATTORNEY

# Criminal Cover Sheet — U.S. District Court

**Place of Offense:**  **Matter to be sealed:** ☐ No  ☒ Yes

City  **Baton Rouge**  **Related Case Information:**

County/Parish  **East Baton Rouge**  Superseding Indictment _____ Docket Number _____
Same Defendant _____ New Defendant _____
*Investigating Agency **OIG-SSA**  Magistrate Case Number _____
*Agent  **Dirk Bergeron**  Search Warrant Case No. _____
R 20/ R 40 from District of _____
**Any Other Related Cases:** _____

**Defendant Information:**

Defendant Name  **Eric Tate Jackson**
Alias
Address
Birthdate _____ SS # _____ Sex _____ Race _____ Nationality _____

**U.S. Attorney Information:**

AUSA  **Frederick A. Menner, Jr.**  Bar #  **19707**

**Interpreter:** ☒ No ☐ Yes  List language and/or dialect: _____

**Location Status:**

Arrest Date _____
_____ Already in Federal Custody as of
_____ Already in State Custody
_____ On Pretrial Release

**U.S.C. Citations:**

Total # of Counts: **1**

| Index Key/Code | Description of Offense Charged | Count(s) | Petty/Misdemeanor/Felony |
|---|---|---|---|
| 18:641 | Theft of government funds | 1 | F |
| | | | |
| | | | |
| | | | |

(May be continued on second sheet)

Date: _____  Signature of AUSA: _____

District Court Case Number (To be filled in by deputy clerk): _____